IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD SANTOS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 07-00962 JSW

**ORDER RE MOTION TO DISMISS**

    On April 15, 2007, Plaintiff filed this action seeking review of a denial of Social Security Income Benefits. On November 20, 2007, Magistrate Judge James Larson granted Plaintiff's motion to proceed *in forma pauperis.* On April 11, 2008, Defendant filed a motion to dismiss for lack of subject matter jurisdiction, asserting that Plaintiff has not exhausted his administrative remedies. On May 22, 2008, the matter was reassigned to this Court.

    Plaintiff has not yet filed a response to Defendant's motion to dismiss. Accordingly, it is HEREBY ORDERED that Plaintiff shall file and serve his response to Defendant's motion to dismiss by no later **June 13, 2008.** Defendant may file a reply brief by June 20, 2008. This matter shall be set down for a hearing on **July 11, 2008 at 9:00 a.m. in Courtroom 2, 450 Golden Gate Avenue, San Francisco, California 94102.**

    Plaintiff is HEREBY ADVISED that failure to respond to the Defendant's motion or to appear at the hearing on this matter shall result in the dismissal of this action without prejudice for failure to prosecute. Plaintiff is FURTHER ADVISED that a Handbook for Pro Se

//

1  Litigants, which contains helpful information about proceeding without an attorney, is available
2  through the Court's website or in the Clerk's office.
3  **IT IS SO ORDERED.**

5  Dated: May 27, 2008

                    JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEONARD SANTOS,

        Plaintiff,

  v.

JO ANNE B. BARNHART et al,

        Defendant.

Case Number: CV07-00962 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard Santos
P.O. Box 72151
Oakland, CA 94612

Dated: May 27, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk