IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD SANTOS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

                                           /

No. C 07-00962 JSW

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

On April 15, 2007, Plaintiff filed this action seeking review of a denial of Social Security Income Benefits. On November 20, 2007, Magistrate Judge James Larson granted Plaintiff's motion to proceed *in forma pauperis*. On April 11, 2008, Defendant filed a motion to dismiss for lack of subject matter jurisdiction, asserting that Plaintiff has not exhausted his administrative remedies. On May 22, 2008, the matter was reassigned to this Court.

At the time the case was reassigned, Plaintiff had not yet filed an opposition to the motion to dismiss. On May 27, 2008, the Court ordered Plaintiff to file and serve his response to Defendant's motion to dismiss by no later June 13, 2008, and scheduled a hearing for July 11, 2008 at 9:00 a.m. In that Order, the Court advised Plaintiff that failure to respond to the Defendant's motion or to appear at the hearing on this matter shall result in the dismissal of this action without prejudice for failure to prosecute.

Plaintiff did not file an opposition to Defendant's motion by June 13, 2008 and failed to appear at the July 11, 2008 hearing.

1 | Accordingly, this matter is dismissed without prejudice for failure to prosecute.

2 | **IT IS SO ORDERED.**

4 | Dated: 07/15/08

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEONARD SANTOS,

        Plaintiff,

  v.

JO ANNE B. BARNHART et al,

        Defendant.

Case Number: CV07-00962 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard Santos
P.O. Box 72151
Oakland, CA 94612

Dated: July 15, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk